UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                     Plaintiff,

                                                          <u>DECISION AND ORDER</u>

                                                          10-CR-6211L

                                 v.

RAUL EDUARDO RIVERA DE LA TORRE,

                                     Defendant.
_____

       No objections having been filed, I accept and adopt the Report and Recommendation (Dkt. #149) of United States Magistrate Judge Marian W. Payson, and I deny as moot without prejudice to renewal defendant's motion to suppress evidence.

       IT IS SO ORDERED.

                                             _____
                                                 DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
       March 23, 2012.